UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tracy Best,<br>                    Debtor<br><br>SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Sequoia Funding Trust<br>v.<br><br>Tracy Best,<br>Kenneth E. West<br>                    Respondents | CASE NO.: 24-11249-amc<br><br>CHAPTER 13<br><br>Judge:  Ashely M. Chan |

### SETTLEMENT STIPULATION

WHEREAS, on April 12, 2024, Tracy Best (the "Debtor") filed a Petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania;

WHEREAS, SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Sequoia Funding Trust ("Creditor") is the holder of a mortgage on real property of the Debtor, located at 1296 Decatur St, Camden, NJ 08104 ("Property");

WHEREAS, on May 17, 2024, Creditor filed an Objection to Debtor's proposed Chapter 13 Plan;

WHEREAS, Movant and Debtor are desirous of settling the dispute among and between themselves;

NOW THEREFORE, each in consideration of the promises of the other and intending to be legally bound, subject to the approval of the Bankruptcy Court, it is hereby agreed by and among counsel for Movant, by and through its attorneys, Friedman Vartolo, LLP, and Debtor, by and through his/her counsel, Stephen Matthew Dunne, Esquire, as follows:

1. Debtor has no connection to the Property or the underlying loan documents.

2. The instant Bankruptcy did not impose the automatic stay provisions of 11 U.S.C. 362 (a) as to the Property.

3. Creditor shall withdraw its filed Proof of Claim 10-1.

4. Counsel for Debtor has authority to settle this matter on behalf of his/her client(s).

Date: June 24, 2024

/s/ Lauren M. Moyer
Lauren M. Moyer, Esquire
Friedman Vartolo, LLP
*Counsel for Creditor*

Date: June 24, 2024

/s/ Stephen Matthew Dunne
Stephen Matthew Dunne, Esquire
*Counsel for Debtor*

Date: June 24, 2024

/s/ Kenneth E. West
Kenneth E. West, Esquire
*Chapter 13 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tracy Best,<br>　　　　　　　Debtor<br><br>SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Sequoia Funding Trust<br>v.<br><br>Tracy Best,<br>Kenneth E. West<br>　　　　　　　Respondents | CASE NO.: 24-11249-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan |

**ORDER APPROVING SETTLEMENT STIPULATION**

AND NOW, this  1st  day of  July , 2024, it is hereby ORDERED and DECREED that the Settlement Stipulation resolving Creditor, SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Sequoia Funding Trust's Objection to Plan is hereby APPROVED.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge